DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VINCENT H. OSORIO,

Appellant,

v.

ELIZABETH OSORIO,

Appellee.

No. 2D2025-2256

_____

April 24, 2026

Appeal from the Circuit Court for Pasco County; Benjamin S. Thomas, Judge.

Christopher P. Fordham of Schenking & Fordham, P.A., Brandon, for Appellant.

Elizabeth D. Burchell of Busciglio Sheridan Schoeb, PA, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior publication.